ACCEPTED
15-25-00122-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/18/2025 3:12 PM
CHRISTOPHER A. PRINE
CLERK

**15-25-00122-CV**

In the Court of Appeals
for the Fifteenth District of Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/18/2025 3:12:04 PM
CHRISTOPHER A. PRINE
Clerk

State of Texas, Maxx Juusola, Tracy Martin, and Alan Rister,

*Appellants,*

v.

City of Dallas, Kimberly Bizor Tolbert, in her official capacity as the
Interim City Manager for the City of Dallas, and the State Fair of Texas,

*Appellees.*

---

**Appellee State Fair of Texas's Unopposed Motion
for Extension of Time to File Brief**

---

James B. Harris
State Bar No. 09065400
Jim.Harris@hklaw.com

Bryan P. Neal
State Bar No. 00788106
Bryan.Neal@hklaw.com

Dina W. McKenney
State Bar No. 24092809
Dina.McKenney@hklaw.com

Robert B. Smith
State Bar No. 00786248
Robert@Smith-Firm.com

Two Turtle Creek Village
3838 Oak Lawn Ave., Suite 1000
Dallas, Texas 75219
Phone: (214) 522-5571
Fax: (214) 522-5009

**Holland & Knight LLP**
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: 214-969-1700
Fax: 214-964-9501

**Counsel for Appellee State Fair of Texas**

To The Honorable Court of Appeals:

Appellee State Fair of Texas ("SFOT") respectfully requests an extension of time to Friday, January 9, 2026, in which to file its brief in the captioned appeal. In support, SFOT states as follows:

1. SFOT's brief is currently due on November 24, 2025.

2. SFOT requests a 46-day extension of time to file its brief. The requested extension of time would make SFOT's brief due on January 9, 2026.

3. This is SFOT's first request for an extension of time to file its brief.

4. Appellant State of Texas does not oppose this requested extension.

5. While SFOT would normally request a 30-day extension of time to file its brief, such an extension would make the brief due on Christmas Eve. SFOT requests 46-day extension of time to avoid the deadline falling in the middle of the winter holidays, which also will prevent Appellant's reply deadline from beginning to run during that time.

6. SFOT requests this extension of time because counsel needs additional time to prepare its brief. Specifically, among other matters, counsel for SFOT has been and will be occupied with the following matters that will

**Appellee State Fair of Texas's Unopposed Motion
for Extension of Time to File Brief —Page 1**

prevent them from dedicating the time necessary to complete the brief before the current deadline:

(a) Prepare for temporary injunction hearing in *Hicks v. National Collegiate Athletic Association*, No. 25CVDC-00292, pending in the 266th Judicial District, Erath County;

(b) Prepare appellate brief due on December 2, 2025, in *National Collegiate Athletic Association v. Agee*, No. 10-25-00399-CV, pending in the Tenth Court of Appeals;

(c) Prepare appellate brief due on December 3, 2025, in *National Collegiate Athletic Association v. Moore*, No. 05-25-1375-CV, pending in the Fifth Court of Appeals;

(d) Prepare appellate brief due on December 15, 2025, in *National Collegiate Athletic Association v. Moore*, No. 05-25-1361-CV, pending in the Fifth Court of Appeals; and

(e) Prepare response to the complaint due on December 16, 2025 in *Guillory v. 3M Company, et al.*, No. 2510035695, pending in the Court of Common Pleas, Philadelphia County, Pennsylvania.

7. Additionally, one of SFOT's counsel has a pre-planned vacation from December 10 to December 15, 2025.

8. As a result, SFOT needs additional time to prepare its brief.

SFOT respectfully requests this Court extend the deadline for its brief to January 9, 2026. SFOT further requests general relief.

**Appellee State Fair of Texas's Unopposed Motion
for Extension of Time to File Brief —Page 2**

Respectfully submitted:


/s/ *Bryan P. Neal*
James B. Harris
Texas Bar No. 09065400
Bryan P. Neal
Texas Bar No. 00788106
Dina W. McKenney
Texas Bar No. 24092809
HOLLAND & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 964-9501 (Fax)
Jim.Harris@hklaw.com
Bryan.Neal@hklaw.com
Dina.McKenney@hklaw.com

Robert B. Smith
Texas Bar No. 00786248
Two Turtle Creek Village
3838 Oak Lawn Ave., Suite 1000
Dallas, Texas 75219
(214) 522-5571
(214) 522-5009 (Fax)
Robert@Smith-Firm.com

ATTORNEYS FOR APPELLEE
STATE FAIR OF TEXAS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed and served electronically through eFile.TXCourts.gov this 18th day of November 2025, on all counsel of record.

/s/ *Bryan P. Neal*
Bryan P. Neal

## CERTIFICATE OF CONFERENCE

I discussed this motion via email with counsel for Appellant the State of Texas. Counsel for the State of Texas is not opposed to the requested relief.

/s/ *Bryan P. Neal*
Bryan P. Neal

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 108190820
Filing Code Description: Motion
Filing Description: Appellee State Fair of Texas???s Unopposed Motion for Extension of Time to File Brief
Status as of 11/18/2025 3:17 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joseph AIrrobali | | airrobali@tillotsonlaw.com | 11/18/2025 3:12:04 PM | SENT |
| Bryan Neal | 788106 | Bryan.Neal@hklaw.com | 11/18/2025 3:12:04 PM | SENT |
| James Harris | 9065400 | jim.harris@hklaw.com | 11/18/2025 3:12:04 PM | SENT |
| Melissa Juarez | | melissa.juarez@oag.texas.gov | 11/18/2025 3:12:04 PM | SENT |
| Kira Lytle | | klytle@tillotsonlaw.com | 11/18/2025 3:12:04 PM | SENT |
| Sherri Rodgers | | sherri.rodgers@hklaw.com | 11/18/2025 3:12:04 PM | SENT |
| Ernest Garcia | | ernest.garcia@oag.texas.gov | 11/18/2025 3:12:04 PM | SENT |
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 11/18/2025 3:12:04 PM | SENT |
| Nathaniel Buchheit | | nbuchheit@tillotsonlaw.com | 11/18/2025 3:12:04 PM | SENT |
| Paul Pruneda | | paul.pruneda@oag.texas.gov | 11/18/2025 3:12:04 PM | SENT |
| Megan Coker | | mcoker@tillotsonlaw.com | 11/18/2025 3:12:04 PM | SENT |
| Anne Johnson | | ajohnson@tillotsonlaw.com | 11/18/2025 3:12:04 PM | SENT |
| TJP Service | | tillotsonjohnsonpatton@gmail.com | 11/18/2025 3:12:04 PM | SENT |
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 11/18/2025 3:12:04 PM | SENT |
| Connor Ellington | | connor@tonymcdonald.com | 11/18/2025 3:12:04 PM | SENT |
| Connor Ellington | | connor@tonymcdonald.com | 11/18/2025 3:12:04 PM | SENT |
| Connor Ellington | | connor@tonymcdonald.com | 11/18/2025 3:12:04 PM | SENT |
| Steven Ogle | | Steven.Ogle@oag.texas.gov | 11/18/2025 3:12:04 PM | SENT |
| Tony McDonald | | Tony@tonymcdonald.com | 11/18/2025 3:12:04 PM | SENT |
| Jeffrey Tillotson | 20039200 | jtillotson@tillotsonlaw.com | 11/18/2025 3:12:04 PM | SENT |
| Holly Dudrick | | holly.dudrick@oag.texas.gov | 11/18/2025 3:12:04 PM | SENT |
| William Cole | | William.Cole@oag.texas.gov | 11/18/2025 3:12:04 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 108190820
Filing Code Description: Motion
Filing Description: Appellee State Fair of Texas???s Unopposed Motion for Extension of Time to File Brief
Status as of 11/18/2025 3:17 PM CST

Case Contacts

| William Cole | | William.Cole@oag.texas.gov | 11/18/2025 3:12:04 PM | SENT |
|---|---|---|---|---|
| William Peterson | | William.Peterson@oag.texas.gov | 11/18/2025 3:12:04 PM | SENT |
| Bryan Neal | | bryan.neal@hklaw.com | 11/18/2025 3:12:04 PM | SENT |
| Robert  B.Smith | | Robert@Smith-Firm.com | 11/18/2025 3:12:04 PM | SENT |
| Canon ParkerHill | | canon.hill@oag.texas.gov | 11/18/2025 3:12:04 PM | SENT |
| Devlin Browne | | dbrowne@tillotsonlaw.com | 11/18/2025 3:12:04 PM | SENT |
| Dina W.McKenney | | dina.mckenney@hklaw.com | 11/18/2025 3:12:04 PM | SENT |